UNITED STATES BANKRUPTCY COURT           bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:        :     CASE NO. 10-15197
              CHAPTER 13
MICHAEL ANTHONY STEELE
       :     JUDGE JEFFERY P. HOPKINS
    DEBTOR
       :     NOTICE OF FILING OF CHAPTER 13
              PETITION AND ORDER FOR RELIEF

    Come now the Chapter 13 Trustee, Margaret A. Burks and gives Notice that the above named debtor(s) filed a bankruptcy petition on Wednesday, July 28, 2010 under 11 U.S.C. Chapter 13 that an Order for Relief was entered on the same date. Subject to any limitations on the automatic stay imposed by 11 U.S.C. Section 362, the stay became effective as of that date.

    Debtors have not filed a plan and schedules as of the date listed on the ceritficate of service. The Trustee will file a Motion to Dismiss if the plan and schedules are not filed as required by the Bankruptcy Code. If the plan and schedules are filed, a 341 (First Meeting of Creditors) date will be set and 341 meeting notice will be filed and sent to all creditors.

    Questions regarding the filing of the petition should be directed to the debtor(s)' attorney, if any. The Trustee cannot give legal advice to debtor(s) or creditor(s).

Respectfully submitted:

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, Oh 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings