### United States Bankruptcy Court
### Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

In Re: Michael Anthony Steele

            Debtor(s)

SSN/TAX ID:
       xxx−xx−1556

Case No.: 1:10−bk−15197

Chapter: 13

Judge: Jeffery P. Hopkins

### Notice of Deficient Filing,
### Order Setting 14 Day Deadline for Compliance
### or Presentation to Bankruptcy Judge

The above−captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 342(b), 521(a)(1), Fed. R. Bankr. P. 1007 and 2016, and/or Local Bankruptcy Rules 1007, 1015, and 5005−4. The missing documents are:

- ☐ Attorney's Certification Regarding Notice to Debtor required by 11 USC sec. 342(b)
- ☐ Bankruptcy Petition Preparer's Certification Regarding Notice to Debtor(Form 19B) required by 11 USC sec. 342(b)
- ☐ Debtor's Certification Regarding Receipt of Notice required by 11 USC sec. 342(b)
- ☐ Schedules of Assets and Liabilities:
  (Schedules(s) missing)
- ☐ Summary of Schedules (Form 6)
- ☐ Statistical Summary of Schedules (Form 6 − Page2)
- ☐ Statement of Current Monthly Income (Form B22)
- ☐ Statement of Financial Affairs

- ☐ 20 Largest Unsecured Creditors
- ☐ Attorney Disclosure Statement
- ☐ Attorney Signature Page 3
- ☐ Bankruptcy Petition Preparer Signature (Form 19A)
- ☐ Corporate Resolution
- ☐ Exhibit D: ☐ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife
- ☑ Credit Briefing Certification for: ☑ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife; ☐ Both Joint Debtors
- ☐ Certification of Exigent Circumstances pursuant to 11 USC sec. 109(h)(3)
- ☐ Motion for Determination of Exigent Circumstances
- ☐ Motion for Determination with Regard to Credit Counseling Briefing Requirement
- ☑ Form 1015−2 − Statement of Related or Companion Cases
- ☐ Form 21 − Statement of Social Security Number(s)

The deadline for filing the required document(s) is **FOURTEEN (14)** days from the date of the filing of the petition. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: July 29, 2010

**/s/ BY THE COURT**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jul 31, 2010.
db          +Michael Anthony Steele,   7506 Falls Ride Lane,   Westchester, OH 45069-4627

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**          **Signature:**          *Joseph Speetjens*