UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MICHAEL ANTHONY STEELE                         CASE NO. 10-15197
7506 FALLS RIDE LANE                           (CHAPTER 13)
WESTCHESTER, OH  45069                         JUDGE JEFFERY P. HOPKINS

    Debtor
SSN(1) XXX-XX-1556
SSN(2) XXX-XX-0000

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case.

MEMORANDUM

A petition was filed in this case on July 28, 2010. Debtor has failed to file the schedules, plan or summary of schedules or all the above in violation of the Federal Rules of Bankruptcy Procedure.

This motion is made pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 3015(b).

The Trustee requests that this case be dismissed.

                                    Respectfully submitted,

                            /s/   Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney No. OH 0030377

                                    Francis J. DiCesare, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0038798

                                    Karolina F. Perr, Esq.
                                    Staff Attorney
                                    Attorney No. OH 0066193

                                    600 Vine Street, Suite 2200
                                    Cincinnati, OH 45202
                                    (513) 621-4488
                                    (513) 621 2643 (Facsimile)
                                    fdicesare@cinn13.org
                                    kperr@cinn13.org
                                    mburks@cinn13.org - Correspondence only
                                    cincinnati@cinn13.org - Court Filings

NOTICE

A written response to the Motion must be filed within twenty-one (21) days of the date of service as set forth in the certificate of service. The Court is authorized to grant the dismissal without further notice should a timely response not be filed.

CERTIFICATE OF SERVICE

    The Trustee hereby certifies that she has served a copy of the Motion to Dismiss by ordinary U.S. mail or electronically on this day Aug 20, 2010 to all parties listed below.

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
fdicesare@cinn13.org
kperr@cinn13.org
mburks@cinn13.org - Correspondence only
cincinnati@cinn13.org - Court Filings

Debtor(s):
MICHAEL ANTHONY STEELE
7506 FALLS RIDE LANE
WESTCHESTER, OH  45069

U.S. Trustee:
U.S. TRUSTEE
36 EAST 7TH ST.
SUITE 2030
CINCINNATI, OH  45202

Debtor's Attorney:
THEODOTOU & ASSOCIATES
ATTN PAM THEODOTOU
4449 EASTON WAY 2ND FLOOR
COLUMBUS, OH  37934

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MICHAEL ANTHONY STEELE  
7506 FALLS RIDE LANE  
WESTCHESTER, OH  45069

CASE NO. 10-15197  
(CHAPTER 13)  
JUDGE JEFFERY P. HOPKINS

Debtor  
SSN(1) XXX-XX-1556  
SSN(2) XXX-XX-0000

———————————————————————————————————————

NOTICE OF MOTION TO DISMISS

———————————————————————————————————————

The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

**Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system.  The Court must receive your response on or before the above date.

U.S. BANKRUPTCY COURT  
ATRIUM II, SUITE 800  
221 EAST 4TH STREET  
CINCINNATI, OH  45202

You must also mail a copy to:

MARGARET A BURKS, TRUSTEE  
CHAPTER 13 TRUSTEE  
600 VINE, SUITE 2200  
CINCINNATI, OH  45202

U.S. TRUSTEE  
36 EAST 7TH ST.  
SUITE 2030  
CINCINNATI, OH  45202

Debtor's Attorney:  
THEODOTOU & ASSOCIATES  
ATTN PAM THEODOTOU  
4449 EASTON WAY 2ND FLOOR  
COLUMBUS, OH  37934

Debtor(s):  
MICHAEL ANTHONY STEELE  
7506 FALLS RIDE LANE  
WESTCHESTER, OH  45069

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

| | |
|---|---|
| Date: Aug 20, 2010 | /s/     Margaret A. Burks, Esq. |
| | Margaret A. Burks, Esq. |
| | Chapter 13 Trustee |
| | Attorney No. OH 0030377 |
| | |
| | Francis J. DiCesare, Esq. |
| | Staff Attorney |
| | Attorney No. OH 0038798 |
| | |
| | Karolina F. Perr, Esq. |
| | Staff Attorney |
| | Attorney No. OH 0066193 |
| | |
| | 600 Vine Street, Suite 2200 |
| | Cincinnati, OH 45202 |
| | (513) 621-4488 |
| | (513) 621 2643 (Facsimile) |
| | fdicesare@cinn13.org |
| | kperr@cinn13.org |
| | mburks@cinn13.org - Correspondence only |
| | cincinnati@cinn13.org - Court Filings |